```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **MANETIRONY CLERVRAIN,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00603-JB-B |
| | * |
| **KIRSTEN NIELSEN**, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 3rd day of March, 2021.

                                        /s/JEFFREY U. BEAVERSTOCK
                                      UNITED STATES DISTRICT JUDGE